# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 20, 2010

No. 09-20378
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE ZUNIGA-VILLEGAS, also known as Jose Santos Zuniga, also known as
Jose Santos Zuniga-Veras,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-104-1

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Zuniga-Villegas
has moved for leave to withdraw and has filed a brief in accordance with *Anders
v. California*, 386 U.S. 738 (1967). Zuniga-Villegas has not filed a response. Our
independent review of the record and counsel's brief discloses no nonfrivolous
issue for appeal. Accordingly, counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.